Brandon L. Jensen (Wyo. Bar No. 6-3464)
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, WY 82003-0346
Telephone (307) 632-5105
brandon@buddfalen.com

*Attorney for Petitioner State of Montana*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING, STATE OF MONTANA, ) ) ) | |
| Petitioners, ) ) | |
| v. ) ) | Civil No. 2:16-cv-00285-SWS |
| UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official capacity as Secretary of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; and NEIL KORNZE, in his official capacity as Director of the Bureau of Land Management, ) ) ) ) ) ) ) ) ) | |
| Respondents. ) | |

## MOTION AND DECLARATION FOR ADMISSION PRO HAC VICE

Petitioner, State of Montana, by and through local counsel, Brandon L. Jensen, respectfully moves this Court pursuant to Local Rule 84.2 to allow Tommy H. Butler to appear as co-counsel for Petitioner, State of Montana, *pro hac vice.*

1. Mr. Butler, Deputy Attorney General of the State of Montana, has been licensed to practice law by the highest court in the State of Montana since 1984 and has been admitted to practice before the Montana Supreme Court.

1

2. Mr. Jensen is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court.

3. Mr. Jensen vouches, to the best of his knowledge and belief, for the good moral character and veracity of Mr. Butler.

4. Mr. Jensen is fully prepared to represent Petitioner, State of Montana, at any time in this case, in any capacity.

Wherefore, Petitioner respectfully requests this Court to admit Tommy H. Butler to appear in this action as counsel for the Petitioner, State of Montana *pro hac vice.*

Respectfully submitted this 22nd day of November, 2016.

FOR THE PETITIONER, STATE OF MONTANA

/s/Brandon L. Jensen
Brandon L. Jensen (Wyo. Bar No. 6-3464)
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, WY 82003-0346
Telephone: (307) 632-5105
brandon@buddfalen.com

*Attorney for Petitioner State of Montana*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2016, the foregoing was filed electronically with the Court, using the CM/ECF system, which served all counsel of record.

/s/Brandon L. Jensen
Brandon L. Jensen
BUDD-FALEN LAW OFFICES, LLC