Brandon L. Jensen (Wyo. Bar No. 6-3464)
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, WY 82002-0346
Ph: (307) 632-5105
brandon@buddfalen.com
*Attorney for Petitioner State of Montana*

Timothy C. Fox, Montana Attorney General
Alan L. Joscelyn, Chief Deputy Attorney General
Tommy H. Butler, Deputy Attorney General
Montana Department of Justice
215 North Sanders
Post Office Box 201401
Helena, Montana 59620-1401
Ph: (406) 444-2026
timothyfox@mt.gov
alanjoscelyn@mt.gov
tommybutler@mt.gov
*Attorneys for Petitioner State of Montana*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STATE OF WYOMING, STATE OF MONTANA | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil No. 2:16-cv-00285-SWS |
| UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official capacity as Secretary of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; and NEIL KORNZE, in his official capacity as Director of the Bureau of Land Management | ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |

## DECLARATION OF TOMMY BUTLER

1

I, Tommy H. Butler, hereby declare under penalty of perjury pursuant to 28 USC Section 1746 that:

1. I have been licensed to practice law by the highest Court in the State of Montana since 1984 and I have been admitted to practice before the Montana Supreme Court.

2. I am not the subject of any disciplinary proceedings, nor has any disciplinary sanction ever been imposed against me.

3. I affirm that if I am admitted *pro hac vice,* I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

4. I am associating with Brandon L. Jensen, who is fully prepared to represent the Petitioner, State of Montana, at any time in this case, in any capacity, as required.

5. I submit to and acknowledge that I am subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising during the course of preparation and representation in these proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of November, 2016.

*Tommy H. Butler*

Tommy H. Butler, Deputy Attorney General
Montana Department of Justice
215 North Sanders
Post Office Box 201401
Helena, Montana 59620-1401
Ph: (406) 444-0662
tommybutler@mt.gov
*Pro hac vice Attorney for Petitioner State of Montana*