# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING, STATE OF MONTANA,  )<br>)<br>Petitioners,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official capacity as Secretary of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; and NEIL KORNZE, in his official capacity as Director of the Bureau of Land Management,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Respondents.  ) | Civil No. 16-CV-285-S |

## ORDER GRANTING WYOMING AND MONTANA'S MOTION FOR PRELIMINARY INJUNCTION

This matter comes before the Court on the States of Wyoming and Montana's Motion for Preliminary Injunction, filed November 28, 2016, in the above captioned action. After considering the motion and the attached documents,

THE COURT HEREBY ORDERS that the final action of the United States Bureau of Land Management entitled *Waste Prevention, Production Subject to Royalties, and Resource Conservation*, found at 81 Fed. Reg. 83008 (Nov. 18, 2016) is hereby enjoined from taking effect during the pendency of this appeal.

DATED this ____ day of _____, 2016.

_____
The Honorable Scott W. Skavdahl
United States District Court Judge