Lisa McGee, WY Bar No. 6-4043
Wyoming Outdoor Council
262 Lincoln Street
Lander, WY 82520
(307) 332-7031
lisa@wyomingoutdoorcouncil.org

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING et al. | ) |
| | ) |
| Petitioners, | ) |
| | ) Civil Case No. 2:16-cv-00285-SWS [Lead] |
| v. | ) |
| | ) [Consolidated With 2:16-cv-00280-SWS] |
| UNITED STATES DEPARTMENT OF | ) |
| THE INTERIOR, et al. | ) Assigned: Hon. Scott W. Skavdahl |
| | ) |
| Respondents, | ) **CITIZEN GROUPS' MOTION TO** |
| | ) **INTERVENE AS RESPONDENTS** |
| and | ) |
| | ) |
| WYOMING OUTDOOR COUNCIL, | ) |
| CENTER FOR BIOLOGICAL | ) |
| DIVERSITY, CITIZENS FOR A | ) |
| HEALTHY COMMUNITY, DINÉ | ) |
| CITIZENS AGAINST RUINING OUR | ) |
| ENVIRONMENT, ENVIRONMENTAL | ) |
| DEFENSE FUND, ENVIRONMENTAL | ) |
| LAW AND POLICY CENTER, | ) |
| MONTANA ENVIRONMENTAL | ) |
| INFORMATION CENTER, NATIONAL | ) |
| WILDLIFE FEDERATION, NATURAL | ) |
| RESOURCES DEFENSE COUNCIL, SAN | ) |
| JUAN CITIZENS ALLIANCE, SIERRA | ) |
| CLUB, THE WILDERNESS SOCIETY, | ) |
| WESTERN ORGANIZATION OF | ) |
| RESOURCE COUNCILS, WILDERNESS | ) |
| WORKSHOP, AND WILDEARTH | ) |
| GUARDIANS. | ) |
| | ) |
| Applicants for Intervention. | ) |

Pursuant to Federal Rule of Civil Procedure 24, Wyoming Outdoor Council, Center for Biological Diversity, Citizens for a Healthy Community, Diné Citizens Against Ruining the Environment, Environmental Defense Fund, Environmental Law and Policy Center, Montana Environmental Information Center, National Wildlife Federation, Natural Resources Defense Council, San Juan Citizens Alliance, Sierra Club, The Wilderness Society, Western Organization of Resource Councils, Wilderness Workshop, and WildEarth Guardians (collectively, the Citizen Groups) respectfully move to intervene in the above-captioned matter as Respondents as of right or, in the alternative, permissively.[1]  Intervention is necessary because Plaintiffs seek relief that would harm the Citizen Groups' interests by eliminating important conservation, environmental, and health and safety protections on public lands.

Counsel for the Citizen Groups have conferred with counsel for the Respondents U.S. Department of the Interior et al., who take no position on the Motion.  Petitioners Western Energy Alliance, Independent Petroleum Association of America, and the State of Wyoming also take no position.  The State of Montana does not oppose the Motion.  The State of North Dakota did not respond to multiple emails and phone calls.

This case involves the legality of the Bureau of Land Management's recently-promulgated waste prevention, production subject to royalties, and resource conservation rule. Petitioners seek to invalidate the Rule.  As discussed in the attached memorandum, the Citizen Groups seek intervention to preserve the important conservation, environmental, and health and safety benefits that the Rule provides their members.

---

[1] Pursuant to Local Rule 83.6, the Citizen Groups are not filing a proposed answer.  *See* U.S.D.C.L.R. 83.6(b) (no answer required in cases involving review of agency action).

2

Respectfully submitted on December 2, 2016,

/s/ Lisa McGee
Lisa McGee, WY Bar #6-4043
Wyoming Outdoor Council
262 Lincoln Street
Lander, WY 82520
(307) 332-7031
lisa@wyomingoutdoorcouncil.org

Robin Cooley, CO Bar #31168 (*pro hac vice pending*)
Michael S. Freeman, CO Bar #30007 (*pro hac vice pending*)
Joel Minor, CO Bar #47822 (*pro hac vice pending*)
Earthjustice
633 17th Street, Suite 1600
Denver, Colorado 80202
Phone: (303) 623-9466
rcooley@earthjustice.org
mfreeman@earthjustice.org
jminor@earthjustice.org

*Attorneys for Proposed Intervenors Natural Resources Defense Council, Sierra Club, The Wilderness Society, and Western Organization of Resource Councils*

Susannah L. Weaver, DC Bar #1023021 (*pro hac vice pending*)
Donahue & Goldberg, LLP
1111 14th Street, NW, Suite 510A
Washington, DC 20005
Phone: (202) 569-3818
susannah@donahuegoldberg.com

*Attorney for Proposed Intervenor Environmental Defense Fund*

Laura King, MT Bar #13574 (*pro hac vice pending*)
Shiloh Hernandez, MT Bar #9970 (*pro hac vice pending*)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
Phone; (406) 204-4852
king@westernlaw.org
hernandez@westernlaw.org

Erik Schlenker-Goodrich, NM Bar No.#03-196 (*pro hac vice pending*)
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
Phone: (575) 613-4197
eriksg@westernlaw.org

*Attorneys for Proposed Intervenors Citizens for a Healthy Community, Diné Citizens Against Ruining Our Environment, Montana Environmental Information Center, National Wildlife Federation, San Juan Citizens Alliance, WildEarth Guardians, Wilderness Workshop, and Wyoming Outdoor Council.*

Jennifer Cassel, IL Bar #6296047 (*pro hac vice pending*)
Rachel Granneman, IL Bar #6312936 (*pro hac vice pending*)
Environmental Law & Policy Center
35 E. Wacker Drive, Suite 1600
Chicago, IL 60601
Phone: (312) 673-6500
jcassel@elpc.org
rgranneman@elpc.org

*Attorneys for Proposed Intervenor Environmental Law & Policy Center*

Darin Schroeder, KY Bar #93282 (*pro hac vice pending*)
Ann Brewster Weeks, MA Bar #567998 (*pro hac vice pending*)
Clean Air Task Force
18 Tremont, Suite 530
Boston, MA 02108
Phone: (617) 624-0234
dschroeder@catf.us
aweeks@catf.us

*Attorneys for Proposed Intervenor National Wildlife Federation*

# **CERTIFICATE OF SERVICE**

I certify that on December 2, 2016, I filed a true and correct copy of **CITIZEN GROUPS' MOTION TO INTERVENE AS RESPONDENTS** via the court's ECF system.

/s/ Lisa McGee
Lisa McGee
*Attorney for Proposed Respondent-Intervenors*