CHRISTOPHER A. CROFTS
United States Attorney
C. LEVI MARTIN (WY Bar # 6-3781)
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
christopher.martin@usdoj.gov

JOHN C. CRUDEN
Assistant Attorney General
MARISSA PIROPATO
CLARE BORONOW
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
PO Box 7611
Washington, DC  20044-7611
Tel: (202) 305-0470 (Piropato)
(202) 305-0492 (Boronow)
Fax: (202) 305-0506
marissa.piropato@usdoj.gov
clare.boronow@usdoj.gov

Attorneys for Federal Respondents

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| STATE OF WYOMING and STATE OF MONTANA, | ) ) ) ) | |
| Petitioners, | ) ) | No. 16-cv-00285-SWS |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) ) | |

## NOTICE OF LODGING

Federal Respondents submit the following Notice of Filing of a Copy of the Preliminary Administrative Record compiled for the Waste Prevention, Production Subject to Royalties, and Resource Conservation Rule and contained in electronic form on one thumb drive. This Preliminary Administrative Record contains approximately 1,400 documents, constituting 2.53 Gigabytes of data. The Preliminary Administrative Record contains the majority of documents that will be in the Final Administrative Record, including the principal documents considered by the relevant decision-maker. The Preliminary Administrative Record does not include e-mails or draft documents generated by the Bureau of Land Management or the Department of the Interior during the development of the rule. The files that comprise the Preliminary Administrative Records have been consecutively Bates numbered. The files have been put in PDF format, except for certain data files that have been produced as Excel spreadsheets. A Preliminary Administrative Record Index is included on the thumb drive. Copies of the Preliminary Administrative Record in electronic form have been served on counsel for Petitioners and Intervenors.

Respectfully submitted this 7th day of December, 2016.

By: /s/ *Marissa Piropato*
MARISSA PIROPATO
CLARE BORONOW

*/s/ C. Levi Martin*
C. Levi Martin
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2016, a copy of the **NOTICE OF LODGING** was served by filing a copy of that document with the Court's CM/ECF system, which will send notice of electronic filing to counsel of record.

                                              /s/ *Marissa Piropato*
                                              Marissa Piropato