Reed Zars
Wyo. Bar No. 6-3224
Attorney at Law
910 Kearney Street
Laramie, WY 82070
Phone: (307) 760-6268
Email: reed@zarslaw.com

KAMALA D. HARRIS
Attorney General of California
DAVID A. ZONANA (*pro hac vice pending*)
CA Bar No. 196029
Supervising Deputy Attorney General
MARY S. THARIN (*pro hac vice pending*)
CA Bar No. 293335
GEORGE TORGUN (*pro hac vice pending*)
CA Bar No. 222085
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1974
Facsimile: (510) 622-2270
E-mail: Mary.Tharin@doj.ca.gov

[*additional counsel listed on signature page*]

*Attorneys for Applicants for Intervention*

**UNITES STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| STATE OF WYOMING, et al.,<br><br>　　　　　Petitioners,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　　Respondents | Case No. 16-cv-00285-SWS [Lead]<br><br>[Consolidated With 2:16-cv-00280-SWS]<br><br>Assigned: Hon. Scott W. Skavdahl<br><br>**INTERVENOR-APPLICANTS CALIFORNIA AND NEW MEXICO'S MOTION TO INTERVENE AS RESPONDENTS** |

　　　　Pursuant to Federal Rule of Civil Procedure 24 and Local Rule 83.6(e) of this Court, the

State of California and State of New Mexico, (collectively, "Supporting State Intervenors")

respectfully move to intervene in the above-captioned matter as respondent-intervenors as of right or, in the alternative, permissively. Intervention is necessary because Petitioners seek relief that would harm the State Intervenors' sovereign interests of recovering royalties for their natural resources, protecting their citizens' health and welfare, and fighting the harmful impacts of global climate change.

Counsel for the State Intervenors have conferred with counsel for Respondents, U.S. Department of the Interior et al., who take no position on the Motion. The States of Montana, Wyoming and North Dakota do not oppose the Motion, and Citizen Group Intervenors consent to the Motion. Petitioners Western Energy Alliance ("WEA") and Independent Petroleum Association of America ("IPAA") oppose the Motion.

Petitioners seek to invalidate the Bureau of Land Management's recently promulgated Waste Prevention, Production Subject to Royalties, and Resource Conservation Rule. State Intervenors seek intervention to preserve the fiscal, health and environmental benefits that the Rule provides to their citizens. The Motion is based on the Memorandum in Support of State of California and State of New Mexico's Motion to Intervene as Respondents, and the Declarations in Support of States Intervenors' Motion to Intervene submitted herewith. In addition, State Intervenors are conditionally filing Intervenor Applicants [Proposed] Opposition to the State Petitioners' Motions for Preliminary Injunction.

Dated:  December 15, 2016                    Respectfully Submitted,

/s/ Reed Zars
Reed Zars
Wyo. Bar No. 6-3224
Attorney at Law
910 Kearney Street
Laramie, WY 82070
Phone: (307) 760-6268
Email: reed@zarslaw.com

*Attorneys for Applicants for Intervention*


KAMALA D. HARRIS
Attorney General of California
DAVID A. ZONANA (*pro hac vice pending*)
CA Bar No. 196029
Supervising Deputy Attorney General
MARY S. THARIN (*pro hac vice pending*)
CA Bar No. 293335
GEORGE TORGUN (*pro hac vice pending*)
CA Bar No. 222085
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone:  (510) 879-1974
Facsimile:  (510) 622-2270
E-mail: Mary.Tharin@doj.ca.g

*Attorneys for the State of California, by and through the California Air Resources Board*

HECTOR BALDERAS
Attorney General of New Mexico
William Grantham *(pro hac vice pending)*
NM Bar No. 15585
Assistant Attorney General
Post Office Drawer 1508
Santa Fe, New Mexico  87504-1508
Telephone:  (505) 827-6000
Direct: (505) 717-3520
Facsimile:  (505) 827-5826
Email: wgrantham@nmag.gov

*Attorneys for the State of New Mexico*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 15th day of December, 2016, I electronically filed the foregoing Respondent State Intervenors' Motion to Intervene, attached memorandum, affidavits, and proposed Order with the Clerk of the Court using the CM/ECF system, which caused all counsel of record to be served electronically.

/s/ Reed Zars

Reed Zars

Attorney for Applicants for Intervention