REED ZARS
Wyo. Bar No. 6-3224
Attorney at Law
910 Kearney Street
Laramie, WY 82070
Phone: (307) 760-6268
Email: reed@zarslaw.com

KAMALA D. HARRIS
Attorney General of California
DAVID ZONANA (*pro hac vice pending*)
CA Bar No. 196029
Supervising Deputy Attorney General
MARY S. THARIN (*pro hac vice pending*)
CA Bar No. 293335
GEORGE TORGUN (*pro hac vice pending*)
CA Bar No. 222085
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1974
Facsimile: (510) 622-2270
E-mail: Mary.Tharin@doj.ca.gov

[*additional counsel listed on signature page*]

*Attorneys for Applicants for Intervention*

### UNITES STATES DISTRICT COURT
### DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Respondents | Case No. 16-cv-00285-SWS [Lead] <br><br> [Consolidated With 2:16-cv-00280-SWS] <br><br> Assigned: Hon. Scott W. Skavdahl <br><br> **DECLARATION OF MARY THARIN IN SUPPORT OF INTERVENOR-APPLICANTS CALIFORNIA AND NEW MEXICO'S MOTION TO INTERVENE** |

I, Mary Tharin, state and declare as follows:

1. I am over 21 years of age and am fully competent and duly authorized to make this Declaration. The Facts contained in this Declaration are based on my personal knowledge and are true and correct.

2. I am employed as a Deputy Attorney General by the California Department of Justice, where I have worked since October 10, 2016.

3. On December 15, 2016, I contacted Marissa Piropato, lead counsel for the United States in the above-captioned case. Ms. Piropato informed me that the United States takes no position on intervention by California and New Mexico.

4. On December 15, 2016, I also contacted Elizabeth Morrisseau, Tommy H. Butler, and Paul M. Seby, counsel for the Petitioner States in the above-captioned case. Counsel for all three states (Wyoming, Montana and North Dakota) informed me that they do not oppose to intervention by California and New Mexico, with the understanding that such intervention will not change the briefing schedule for the preliminary injunction motion.

5. On December 15, 2016, I also contacted Susannah Weaver, who informed me that Citizen Group Intervenors consented to intervention by California and New Mexico.

6. On December 15, 2016, I also contacted Eric Waeckerlin, counsel for Petitioners Western Energy Alliance ("WEA") and Independent Petroleum Association of America ("IPAA"). Mr. Waeckerlin informed me that WEA/IPAA oppose intervention by California and New Mexico.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed in Oakland, California on December 15, 2016.

_____
Mary Tharin
Deputy Attorney General, California Department of Justice

2