JEFFREY H. WOOD
Acting Assistant Attorney General
MARISSA PIROPATO, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
PO Box 7611
Washington, DC  20044-7611
Tel: (202) 305-0470/Fax: (202) 305-0506
marissa.piropato@usdoj.gov
CLARE BORONOW, Trial Attorney
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362/Fax: (303) 844-1350
clare.boronow@usdoj.gov

JOHN R. GREEN
Acting United States Attorney
C. LEVI MARTIN (WY Bar # 6-3781)
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
christopher.martin@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING and STATE OF MONTANA, | No. 16-cv-00285-SWS |
| Petitioners, | [Consolidated with 16-cv-00280-SWS] |
| and | **FEDERAL RESPONDENTS' NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD** |
| STATE OF NORTH DAKOTA, | |
| Petitioner-Intervenor | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Respondents. | |
| and | |
| WYOMING OUTDOOR COUNCIL, *et al.* | |
| Respondent-Intervenors. | |

1

Federal Respondents hereby give notice that they will lodge with the Court on May 18, 2017 one flash drive containing the Bureau of Land Management's ("BLM") administrative record for the above-captioned action. Attached to this notice are (1) the certification of the administrative record; (2) the index to the administrative record; and (3) the privilege log for the administrative record. One courtesy copy of the record will be provided for Chambers. Copies of the record are also being served on Petitioners' and Respondent-Intervenors' counsel by overnight mail.

On February 21, 2017, Federal Respondents lodged the administrative record for this case. ECF No. 96. Thereafter, Industry Petitioners requested the release of certain documents withheld from the record pursuant to the deliberative process privilege. In addition, Environmental Intervenor-Respondents requested that Federal Respondents include the exhibits to the April 22, 2016 comments submitted by several of the Environmental Intervenor groups to BLM on the proposed rule. After reviewing the requested documents, Federal Respondents agreed to release, in whole or in part, 47 documents withheld from the original record under the deliberative process privilege. Federal Respondents also agreed to add the exhibits to the April 22, 2016 comment letter, as those exhibits were inadvertently omitted from the original record. Thus, the administrative record lodged today contains both the original record lodged on February 21, 2017 as well as the 47 released documents and the exhibits to the April 22, 2016 comment letter. The index and the privilege log have been updated to reflect the addition of these documents.

The documents in the record have been recorded in PDF format on the flash drive. Included on the flash drive is an index to the administrative record. The document numbers in each index entry have been hyperlinked to the corresponding PDF file for convenient navigation.

In order to utilize the hyperlinks, the user must first "unzip" the folders on the flash drive containing the administrative record. These folders are named "Venting_Flaring_AR_Final_Part1_05-12-17" and "Venting_Flaring_AR_Final_Part2_05-12-17." To unzip the folders, right-click on each folder and select "Extract all." Once the documents have been unzipped, put the extracted documents in the same folder with the index. At that point, the hyperlinks will function.

      Respectfully submitted this 17th day of May, 2017.

                              By:     /s/ *Clare Boronow*

                                         MARISSA PIROPATO
                                         CLARE BORONOW

                                         /s/ *C. Levi Martin*

                                         C. Levi Martin
                                         Assistant United States Attorney

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2017, a copy of the foregoing **FEDERAL RESPONDENTS' NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD** was served by filing a copy of that document with the Court's CM/ECF system, which will send notice of electronic filing to counsel of record.

                                            /s/ *Clare Boronow*
                                            Clare Boronow