Wayne Stenehjem (admitted *pro hac vice*)
ATTORNEY GENERAL OF THE STATE OF
NORTH DAKOTA
500 N. 9th Street Bismarck, ND 58501
Phone: (701) 328-2925
Email: ndag@nd.gov

Paul M. Seby (admitted *pro hac vice*)
Special Assistant Attorney General
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
Phone: (303) 572-6584
Email: sebyp@gtlaw.com

Robert J. Walker (Wyo. Bar No. 7-4715)
Hickey & Evans, LLP
1800 Carey Street, Suite 700
Cheyenne, WY 82003
Phone: (307) 634-1525
Fax: (307) 638-7335
Email: rwalker@hickeyevans.com

*Counsel for Petitioner-Intervenor State of North Dakota*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| STATE OF WYOMING, | ) | |
| STATE OF MONTANA, | ) | |
| STATE OF NORTH DAKOTA, and | ) | |
| STATE OF TEXAS | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-00285-SWS |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| THE INTERIOR, *et al.* | ) | |
| | ) | |
| Respondents, | ) | |

**STATE OF NORTH DAKOTA'S, STATE OF TEXAS', STATE OF WYOMING'S, AND STATE OF MONTANA'S JOINT NOTICE OF RESOLUTION OF RELATED LITIGATION AND MOTION TO LIFT STAY**

Petitioners and Petitioner-Intervenors the States of North Dakota, Texas, Wyoming and Montana (collectively "State Petitioners") hereby notify this Court that the pending litigation in the Federal District Court for the Northern District of California challenging the Waste Prevention, Production Subject to Royalties, and Resource Conservation; Rescission or Revision of Certain Requirements: Final Rule, 83 Fed. Reg. 49,184 ("2018 Rule") has concluded with the California Court vacating the 2018 Rule, and therefore respectfully move that this Court issue and order lifting the stay of these proceedings and requiring the parties to confer and file a proposed expedited briefing schedule in seven (7) days from the date of that order.

### CERTIFICATE OF CONFERRAL

State Petitioners conferred with all parties regarding their position on this Notice of Resolution of Related Litigation and Joint Motion to Lift Stay ("Motion to Lift Stay"). As of the filing of this motion: Counsel for the Western Energy Alliance and the Independent Petroleum Association of America stated they are in support of this Motion to Lift Stay; Respondent-Intervenors States of California and New Mexico and Respondent-Intervenors Citizen Groups stated that they take no position on this Motion to Lift Stay; and Counsel for the United States did not provide a response to State Petitioners' conferral attempts.

### MOTION TO LIFT STAY

For the reasons stated in the attached memorandum of law, State Petitioners respectfully move this Court to GRANT State Petitioners' Motion to Lift Stay of these proceedings and Order that:

1. The Court's August 23, 2019 stay of these proceedings is lifted; and

2

2. All parties to this case shall confer on and submit to this Court a proposed expedited merits briefing schedule, including any supplemental briefing, within seven (7) days.

Respectfully submitted this 20th day of July 2020.

Wayne Stenehjem (admitted *pro hac vice*)
ATTORNEY GENERAL OF THE STATE OF NORTH DAKOTA
500 N. 9th Street Bismarck, ND 58501
Phone: (701) 328-2925
Email: ndag@nd.gov

/s/ *Paul M. Seby*
Paul M. Seby (admitted *pro hac vice*)
Special Assistant Attorney General
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Phone: (303) 572-6584
Fax: (303) 572-6540
Email: sebyp@gtlaw.com

Robert J. Walker (Wyo. Bar No. 7-4715)
Hickey & Evans, LLP
1800 Carey Street, Suite 700
Cheyenne, WY 82003
Phone: (307) 634-1525
Fax: (307) 638-7335
Email: rwalker@hickeyevans.com

**COUNSEL FOR PETITIONER-INTERVENOR STATE OF NORTH DAKOTA**

Ken Paxton
ATTORNEY GENERAL OF TEXAS
DAVID J. HACKER (admitted *pro hac vice*)
Special Counsel for Civil Litigation
OFFICE OF THE ATTORNEY GENERAL
PO Box 12548
Mail Code 001
Austin, TX 78711-2548
512/936-1414
Email: david.hacker@oag.texas.gov

Daniel B Frank
FRANK LAW OFFICE
519 East 18th Street
Cheyenne, WY 82001
307/432-0520
Fax: 307-274-4502
Email: frank@tribcsp.com

**COUNSEL FOR PETITIONER-INTERVENOR STATE OF TEXAS**

Bridget Hill
ATTORNEY GENERAL OF WYOMING
James Kaste, WSB No. 6-3244
Deputy Attorney General
WYOMING ATTORNEY GENERAL'S OFFICE
2320 Capitol Avenue
Cheyenne, WY  82002
Phone: (307) 777-6946
Fax: (307) 777-3542
Email: james.kaste@wyo.gov
Email: erik.petersen@wyo.gov

**COUNSEL FOR PETITIONER STATE OF WYOMING**

Timothy C Fox (admitted *pro hac vice*)
ATTORNEY GENERAL OF MONTANA
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Email: timfox@mt.gov

Melissa Schlichting (admitted *pro hac vice*)
DEPUTY ATTORNEY GENERAL
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
Email: mschlichting@mt.gov

Brandon Lee Jensen
BUDD-FALEN LAW OFFICES
300 East 18th Street
P O Box 346

4

Cheyenne, WY 82003
307/632-5105
Fax: 307-637-3891
Email: brandon@buddfalen.com

**COUNSEL FOR PETITIONER STATE OF MONTANA**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of July 2020, a true and correct copy of this pleading and was filed with the Clerk of the Court using CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ *Paul M. Seby*