UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING,  )<br>STATE OF MONTANA,  )<br>STATE OF NORTH DAKOTA, and  )<br>STATE OF TEXAS  )<br>  )<br>    Petitioners,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES DEPARTMENT OF  )<br>THE INTERIOR, *et al.*  )<br>  )<br>    Respondents,  ) | Case No. 16-cv-00285-SWS |

**[PROPOSED] ORDER**

The Court has considered the State of North Dakota's, State of Texas', State of Wyoming's, and State of Montana's Joint Notice of Resolution of Related Litigation and Motion to Lift Stay ("Motion to Lift Stay").

NOW THEREFORE, finding good cause appearing, the Court hereby GRANTS the Motion to Lift Stay. The Court therefore ORDERS that:

1. The August 23, 2019 stay of these proceedings is lifted; and

2. All parties to this case shall confer on and submit to this Court a proposed expedited merits briefing schedule, including any supplemental briefing, within seven (7) days.

    IT IS SO ORDERED.

DATED this _____ day of _____ 2020.

2

                                               _____
Honorable Scott W. Skavdahl
UNITED STATES DISTRICT JUDGE