UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING,<br>STATE OF MONTANA,<br>STATE OF NORTH DAKOTA, and<br>STATE OF TEXAS<br><br>    Petitioners,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR, *et al.*<br><br>    Respondents, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:16-cv-00285-SWS<br>)<br>)<br>)<br>)<br>) |

### ORDER ON EXPEDITED MERITS BRIEFING SCHEDULE

Having considered the proposed briefing schedule submitted by the parties, the Court hereby ORDERS that:

1. Federal Respondents will file a Supplemental Response Brief no later than August 18, 2020.

    a. The Supplemental Response Brief shall not exceed 30 pages or 13,000 words.

2. Respondent Intervenors will file a Joint Supplemental Response Brief no later than August 25, 2020.

    a. The Joint Supplemental Response Brief shall not exceed 15 pages or 6,500 words.

3. Petitioners and Petitioner Intervenors will file Reply Briefs no later than September 4, 2020.

a. Each Reply Brief shall not exceed 15 pages or 6,500 words unless an enlargement is requested and granted.

IT IS SO ORDERED.

DATED this 28th day of July, 2020.

Honorable Scott W. Skavdahl
UNITED STATES DISTRICT JUDGE