IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2024 DEC 16  AM 11: 52
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| STATE OF WYOMING, et al., | Civil Case No. 2:16-cv-00285-SWS [Lead] |
| Petitioners, | Consolidated with: |
| v. | Case No. 2:16-cv-00280-SWS |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al. | Assigned: Hon. Scott W. Skavdahl |
| Respondents. | |

**ORDER CONTINUING STAY OF BRIEFING ON
MOTION FOR ATTORNEY'S FEES AND EXPENSES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

This matter comes before the Court on Western Energy Alliance's Status Report and Request for Continued Stay of Briefing, ECF No. 322 in Case No. 16-cv-285, and ECF No. 318 in Case No. 16-cv-280 .

The Court, being fully advised, hereby orders as follows:

Briefing on Motion for Attorney's Fees and Expenses Pursuant to the Equal Access to Justice Act ("EAJA Motion"), ECF No. 317 in Case No. 16-cv-285, and ECF No. 313 in Case No. 16-cv-280, shall be stayed for an additional 60 days. At the end of the 60-day stay, the Alliance shall file a status report advising the Court of the status of negotiations between the Alliance and the United States on the EAJA Motion. If further conferral will not be productive, the Alliance and the United States will propose a schedule to brief the EAJA Motion. *Anticipate no further extensions. -SWS.*

Dated this 16 day of Dec, 2024.

Scott W. Skavdahl
United States District Judge